No. 793. MARSHALL COUNTY BANK *v.* CROWTHER. March 14, 1938. Petition for writ of certiorari to the Supreme Court of Appeals of West Virginia denied. *Mr. Martin Brown* for petitioner. No appearance for respondent.

No. 794. ST. PAUL FIRE & MARINE INS. Co. *v.* KAUFMAN COMPRESS Co. March 14, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Lloyd E. Elliott* for petitioner. *Mr. Dan MacDougald* for respondent.

No. 795. AMERICAN CONCRETE EXPANSION JOINT Co. ET AL. *v.* HIGHWAY APPLIANCES Co. March 14, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Samuel W. Banning* for petitioners. *Mr. Albert G. McCaleb* for respondent.

No. 804. LIVERMORE *v.* MANDEVILLE & THOMPSON, INC. March 14, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Del W. Harrington* for petitioner. *Mr. Frank M. Bailey* for respondent.

No. 819. GAGE ET AL., RECEIVERS, *v.* LEONARD, RECEIVER, ET AL. March 14, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Messrs. Christie Benet* and *Edward W. Mullins* for petitioners. *Mr. George P. Barse* for respondents.